SCWC-15-0000111

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALBERT VILLADOS,
Petitioner/Petitioner-Appellant/Cross-Appellee,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000111; S.P.P. NO. 13-1-0009(2); CR. NO. 08-1-0115(2))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant/Cross-Appellee Albert Villados's application for writ of certiorari filed on December 24, 2018, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

